---

CODE OF THE CITY OF YONKERS, NEW YORK (updated 05-15-2007, Supplement No. 11)
PART IX, PUBLIC PROPERTY AND STREETS
  Chapter 100, PARKS AND PUBLIC PLACES
    ARTICLE V, Excursions and Picnics [Adopted 7-7-1959 as Ch. 14, G.O. No. 29-1959]
      § 100-26. Landing on unlicensed grounds.

---

### § 100-26. Landing on unlicensed grounds.

No steamboat or barge, while making an excursion of pleasure, shall, without a permit from the City Clerk, land any passenger within the city except upon the grounds of a person who shall have received a license from the City Clerk to keep grounds for the purpose of accommodating excursion and picnic parties.

### § 100-27. Issuance of permit; fee.

The City Clerk is hereby authorized to grant the permit required by § 100-26 of this article upon receiving payment of a sum of not less than $35.

### §§ 100-28 through 100-30.  (Reserved)

## ARTICLE VI, Newsstands and Concessions [Adopted 6-22-1920 as G.O. No. 3-1920]

### § 100-31. Stands or booths approved.

Permission is hereby given for the placing of temporary stands or booths, to be approved as to size and design by the Commissioner of Public Works, for the sale of newspapers, periodicals and refreshments (spirituous and malt liquors excepted) within the parks and other public places of the City of Yonkers at such locations as may be designated by the Commissioner of Public Works.

### § 100-32. Permit required; fee. EN

The City Clerk is hereby authorized to issue to the highest bidders permits for the placing of such stands for the sale of newspapers, periodicals and refreshments within the area specified in this article. Not more than one stand or booth shall be erected, used or maintained under each separate permit. Such permits shall not be transferable.

### § 100-33. Littering and cleanliness.

No person shall throw, cast or lay or direct, suffer or permit any servant, agent, employee or person in his or her charge to throw, cast or lay any ashes, offal, vegetables, garbage, dross, cinders, shells, straw, shavings, paper, dirt, filth or rubbish of any kind whatsoever in any park or public place.

### § 100-34. Selling restricted.

No person shall exhibit, sell or offer for sale anything whatsoever or perform any personal service for hire in any park or public place except under a permit from the City Clerk, or otherwise than in accordance with the terms of such permit; provided, however, that the provisions of this section shall not apply to public hack stands.

### § 100-35. Advertising and bill distribution.

 

> CODE OF THE CITY OF YONKERS, NEW YORK (updated 05-15-2007, Supplement No. 11)
> PART IX, PUBLIC PROPERTY AND STREETS
> Chapter 100, PARKS AND PUBLIC PLACES
> ARTICLE VI, Newsstands and Concessions [Adopted 6-22-1920 as G.O. No. 3-1920]
> § 100-35. Advertising and bill distribution.

No person shall post any bill, placard, notice or other paper upon any structure, tree, rock, article or thing within any park or public place or paint or fix thereon in any way any advertisement, notice or exhortation, except under permit and in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or printed matter within any park or upon any public place.

### § 100-36. Collection of fee.

The City Clerk shall, upon the issuing of each permit, collect the sum bid for such permit.

### § 100-37. Revocation of permit. EN

All permits issued pursuant to this article shall be revocable for good cause shown after notice to the permittee and an opportunity for the permittee to be heard. Permits issued by the City Clerk may be revoked by the City Clerk. Permits issued by the Commissioner of Public Works may be revoked by the Commissioner of Public Works.

### § 100-38. Form of permit. EN

The form of permit shall be as follows:

Permission is Hereby Given to

(Name)(No. and Street)

_____ residing at _____ , Yonkers, New York, to maintain a stand or booth for the sale of newspapers, periodicals and refreshments (spirituous and malt liquor excepted) in or upon (Name of Park or Place) at such location therein or thereon as shall be designated by the Commissioner of Public Works of the City of Yonkers.

The holder of this permit to pay to the City Clerk of Yonkers the sum of _____ dollars, payable in advance.