# YONKERS POLICE DEPARTMENT
## CRIME INVESTIGATION REPORT

FORM NO. YPD-1 (Rev. 9/06)

DD#:  SID#:  N#:

OFFENSE CLASSIFICATION
OFFENSE TYPE: ☐ Felony ☐ Misd ☐ Violation ☒ C.O.

**CLEARED BY:**
☐ ARREST ☐ WARRANT OBTAINED ☐ NO
☐ UNFOUNDED ☐ CT. ACTION ADVISED ☐ OTHER

| 1. INCIDENT NO. | 2. OFFENSE TYPE |
|---|---|
| 07-85123 | CITY ORDINANCE VIOLATION |

| 3. WHEN REPORTED | MONTH/DAY/YEAR | TIME | 4. LOCATION OF OFFENSE | 5. PCT. | SECTOR | 6. TYPE OF PREMISES |
|---|---|---|---|---|---|---|
| | 03/12/2007 | 17:30 | F/O 8 S. BROADWAY | 4th | 401 | SIDEWALK |

| 7. WHERE REPORTED | 8. OCCURRED DATE | TIME | 8. TO DATE | TO TIME | 9. OCCURRED DAY | 10. TO WEEK DAY | 11. VISIBLE TO PATROL? | 12. GRID |
|---|---|---|---|---|---|---|---|---|
| | 03/12/2007 | 17:30 | 07/12/2007 | 17:30 | THU | THU | ☒YES ☐NO | |

| 13. No. Of VICTIMS | 14. VICTIMS NAME | 15. VICTIMS ADDRESS | 16. PHONE NUMBER |
|---|---|---|---|
| | PO RICHARD ALAIMO | 4TH PCT | (914)-377-7402 |
| | | | 17. OTHER PHONE: ( )- - |

| 18. D.O.B. | AGE | 19. RACE | 20. SEX | 21. PLACE OF EMPLOYMENT / SCHOOL ATTENDING | 22. RELATION TO PERPETRATOR |
|---|---|---|---|---|---|
| / / | | | | | NONE |

| 23. VICTIM INJURED? | 24. NATURE OF INJURY/s | 25. HOSPITAL | Admitted? | 26. ATTENDING PHYSICIAN |
|---|---|---|---|---|
| ☐YES ☒NO | | | ☐Yes ☐No | |

27. INDICATE WITH PROPER CODES IN BOXES PROVIDED, PERSONS RELATIONSHIP TO INVESTIGATION
W1-Witness / W2-Witness / R-Reporting Person / D-Discoverer / PK-Person Knowledgeable / PC-Person Canvassed / NI-Not Interviewed or X-Provided No Information.

| 28. PERSON INTERVIEWED | 29. AGE | 30. ADDRESS | 31. APT. | 32. PHONE NUMBER | OTHER PHONE | Code |
|---|---|---|---|---|---|---|
| 14 | | 15 | | (914)-377-7402 | ( )- - | R |
| | | | | ( )- - | ( )- - | |
| | | | | ( )- - | ( )- - | |
| | | | | ( )- - | ( )- - | |

33. USING APPROPRIATE CODE IN THE BOXES INDICATE WHO CAN IDENTIFY SUSPECT
V-Victim / W1-Witness / W2-Witness / R-Reporting Person

| 34. SUSPECT 1 NAME | | SUSPECT 2 NAME |
|---|---|---|
| GENE SMITH | R | |

| 35. SUSPECT 1 ADDRESS: | SUSPECT 2 ADDRESS: |
|---|---|
| 415 WEBSTER AVE. NEW ROCHELLE NY 10801 | |

36. SUSPECT 1 DESCRIPTION:

| Age | Race | Sex | Hgt. | Wgt. | Hair Color | D.O.B |
|---|---|---|---|---|---|---|
| | B | M | 5' 10" | 190 | | 11/14/1939 |

SUSPECT 2 DESCRIPTION:

| Age | Race | Sex | Hgt. | Wgt. | Hair Color | D.O.B |
|---|---|---|---|---|---|---|
| | | | ' " | | | / / |

| ADDITIONAL DESCRIPTION / NICKNAME's / SS NUMBER | SUSPECT PHONE ( )- - | 37. ARREST ☐YES ☒NO | ADDITIONAL DESCRIPTION / NICKNAME's / SS NUMBER | SUSPECT PHONE ( )- - | ARREST ☐YES ☐NO |
|---|---|---|---|---|---|

| 38. VEHICLE STATUS | 39. MAKE | MODEL | 40. YEAR | 41. TYPE/STYLE | 42. COLORS | 43. IDENTIFYING CHARACTERISTICS |
|---|---|---|---|---|---|---|

| 44. LICENSE PLATE No. & REGISTRATION | STATE | YEAR | 45. VEHICLE VIN / OTHER SERIAL NUMBER | WEAPON IN VEHICLE ☐YES ☐NO | 47. LOSS VALUE | 48. REC. VALUE |
|---|---|---|---|---|---|---|

49. INDICATE WITH PROPER CODES IN BOXES PROVIDED THE STATUS OF ITEMS LISTED
S-Stolen / R-Recovered / D-Damaged / E-Evidence / F-Found

| 50. TYPE OF PROPERTY TAKEN | 51. PROPERTY DESCRIPTION & IDENTIFYING INFORMATION | Code | 46. TELETYPE ALARM NUMBERS |
|---|---|---|---|
| NEWSPAPER DISPENSER | BLUE BOX TYPE | E | |

| 52. POINT OF ILLEGAL ENTRY / MEANS OF ATTACK | 53. TYPE OF INSTRUMENT OR WEAPON | 54. LOSS TOTAL | 55. REC. TOTAL |
|---|---|---|---|
| NONE | NONE | | |

THE ASSIGNED OFFICERS WHILE ON PATROL OBSERVED THE ABOVE LISTED MALE, GENE SMITH(14), PLACE A NEWSPAPER BOX ON A CITY OF YONKERS SIDEWALK IN FRONT OF A BUS STOP CREATING AN UNSAFE CONDITION FOR PEDESTRIANS AND BUS TRAVELERS. THE ASSIGNED OFFICER ASK SMITH IF HE HAD A PERMIT FOR THE BOX AT WHICH TIME HE RELATED "NO JUST GIVE ME THE TICKET" THE ASSIGNED THEN ISSUED A C.O.V. SUMMONS 103335( 103.94 ENCUMBRANCE ON SIDEWALK)TO THE COMPLAINANT, GENE SMITH(14). THE COMPLAINANT THEN LEFT THE AREA WITHOUT TAKING HIS NEWSPAPER BOX, ASSIGNED OFFICERS TOOK POSSESSION OF THE NEWSPAPER BOX AND PROPERTY CLERKED THE NEWSPAPER BOX AS EVIDENCE AT THE FOURTH PRECINCT .COMPLAINT WILL HAVE TO APPEAR IN COURT ON AUGUST 23, 2007.

| 57. PHYSICAL EVIDENCE | 58. CONNECTED INCIDENT No's. | 59. REQUIRED FOLLOW-UP / RECOMMENDATIONS | 10-8 TIME |
|---|---|---|---|
| | | PATROL INVESTIGATION | 18:40 |

| 60. REPORTING OFFICERS | SHIELD No's | 61. NOTIFICATION REQUIRED? | 62. NOTIFICATION BY: | 63. DATE CERTIFIED |
|---|---|---|---|---|
| PO RICHARD ALAIMO | 849 | ☐Yes ☐No | | |

| | 849 | 63. CERTIFIED BY | SHIELD No | CONCUR? ☒Yes ☐No |
|---|---|---|---|---|

PAGE __ of __

| TYPEWRITTEN ONLY | CITY OF YONKERS POLICE PROPERTY & EVIDENCE UNIT |
|---|---|

x EVIDENCE   ___ SAFE-KEEPING   ___ FOUND

INDICATE TYPE OF CRIME: C.O.V.

C & R # 85123   D.D. # ____   LAB # ____   NARCO # ____
DATE: 7-12-2007   PLACE OF OCCURRENCE: F/O 8 SOUTH BROADWAY

OFFICERS ASSIGNED:
LAST NAME ALAIMO   FIRST RICHARD   SHIELD 849   RANK PO   COMMAND 4TH
LAST NAME CLEARY   FIRST THOMAS   SHIELD 142   RANK PO   COMMAND 4TH

| PRISONERS LAST NAME | FIRST | DOB | ADDRESS | CHARGE |
|---|---|---|---|---|
| #1 | | | | |
| #2 | | | | |
| #3 | | | | |

VICTIM:
OWNER: SMITH   GENE   11-14-1939   415 WEBSTER AVE
FINDER:

PHONE

REMARKS: BRIEFLY EXPLAIN WHY THE PROPERTY WAS TAKEN INTO CUSTODY:
PROPERTY WAS TAKEN BECAUSE OWNER LEFT IT AT SCENE

SIGNATURE OF REPORTING OFFICER   SHIELD 849   DATE 7-12-07   CERTIFIED BY: ____ SHIELD 19   DATE 07/12/07
SIGNATURE OF DESK OFFICER   SHIELD   DATE   DELIVERED TO PROPERTY CLERK BY: ____ SHIELD 148   DATE 7/12/07

| ITEM NO. | QUANTITY | "O" | ARTICLE | U.S. CURRENCY ONLY | PROPERTY BUREAU'S DISPOSITION FOR P.B. USE ONLY |
|---|---|---|---|---|---|
| 1 | 1 | | BLUE NEWSPAPER BOX | | |

"O" INDICATE IF PROPERTY BELONGS TO "PRISONER" OR "V" VICTIM   TOTAL

I ACKNOWLEDGE HAVING RECEIVED THE FOLLOWING ITEMS FROM THE PROPERTY UNIT: ITEMS #

FOR PROPERTY USE ONLY
ARTICLES RECEIVED ON: JUL 13 2007

CLAIMANT'S SIGNATURE:   RECEIVED BY:

PRINT NAME   DATE   LOCATION: 2nd Floor
ADDRESS   PHONE   PROPERTY BAG # 4th Floor

PROPERTY CLERK OFFICER   PROPERTY CLERK # 07Y2668
PROP CLK2(1/95)