CITY OF YONKERS CO - 103335

COMPLAINT / INFORMATION 1/20

THE PEOPLE OF THE STATE OF NEW YORK

VS.

Name Last: SMITH First: GENE MI: A DOB: 11-14-35

Street Address: 415 WEBSTER AVE

City: NEW ROCHELLE State: NY Zip: 1081

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS:

**Date of Offense** 7/12/07 **Time** 5:20 AM / PM (PM circled)

**Place of Occurence** F/O 8 S. BROADWAY,

**In Violation of Chapter:** 103 **Section:** 94A

**of the CITY CODE of YONKERS.**

**Description** ENCUMBRANCE ON SIDEWALK

**OTHER INFORMATION:**

CP 2 85230 [illegible] 07

2412607

**DESCRIPTION OF OFFENSE**

I have observed at the above time and place the following: THE ABOVE LISTED PLACED A NEWSPAPER BOX ON CITY SIDEWALK CAUSING A SAFTEY CONDITION FOR PEDESTRIANS.

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the penal law. Affirmed under penalty of perjury.

**Date:** 7/12/07 **Print Name:** [signature] #847

**Signature of Complainant:** [signature]

Title: P.O. Badge # 847 Dept. Y.P.D.

YOU MUST APPEAR AT CITY COURT OF YONKERS CACACE CENTER, 100 SOUTH BROADWAY, YONKERS, NY

Date of Appearance 23 day of Aug 20 07 at 1 AM / PM (PM circled)

COURT COPY

TOTAL P.02