• USE BLACK BALL POINT PEN, PRESS FIRMLY, USE HARD BACKING •

| Form # YPD-2 (10/79) | YONKERS POLICE DEPARTMENT INCIDENT REPORT | INCIDENT CLASSIFICATION | INCIDENT CODE |
|---|---|---|---|

| SPECIAL DISTRIBUTION: ☐ YOUTH UNIT ☐ PUBLIC HEALTH ☒ PUBLIC WORKS ☐ DET. DIVISION ☐ OTHER: | 1. INCIDENT NUMBER 87345 | 2. INCIDENT TYPE SAFE KEEPING | |
|---|---|---|---|
| 3. WHEN REPORTED M 7 D 17 Y 07 T 1351 | 4. LOCATION OF OCCURRENCE 40 S BDWAY | ☐ Street ☒ Premises | 5. SECTOR 401 |
| 6. WHERE REPORTED (If different than #4) SAME | 7. TIME OF OCCURRENCE M 7 D 17 Y 07 T 1330 | 8. COPY TO CORPORATION COUNSEL ☒ Yes ☐ No | |

| 9. No of Subjects 1 | 10. COMPLAINANT'S NAME P.O. PAUL WOOD | 11. COMPLAINANT'S ADDRESS 53 S. WOODWARD PL YONKERS N.Y. | | |
|---|---|---|---|---|
| | 12. AGE/D.O.B. — | 13. RACE — | 14. SEX — | 15. PLACE OF EMPLOYMENT/SCHOOL ATTENDING | 16. RES. PHONE |
| | | | | | 17. BUS. PHONE 3777900 |

18. PERSONS INVOLVED: Indicate with proper codes each persons relation to this incident or the complainant.
R-Reporting Person; W-1 Witness No. 1; W-2 Witness No. 2; PG-Parent/Guardian; NK-Next of Kin; PK-Person Knowledgeable. (Use Narrative if required)

| 19. NAME | 20. AGE | 21. HOME ADDRESS | APT. | 22. PHONES (Res./Bus.) | INTERVIEWED YES / NO |
|---|---|---|---|---|---|
| SUNDAY | | UNK | | | NO X |

| INJURY | 23. NATURE OF INJURY/ILLNESS | 24. CAUSE | 25. HOSPITAL | ADMITTED ☐Yes ☐No |
|---|---|---|---|---|
| D.O.A. | 26. LAST SEEN ALIVE M D Y T | 27. BY WHOM | | IN NARRATIVE DESCRIBE POSITION OF THE BODY CLOTHING WHEN/WHERE LAST SEEN MEDICAL HISTORY UNUSUAL CIRCUMSTANCES PROPERTY & DISPOSITION |
| | 28. ATTENDING PHYSICIAN | 29. TIME DEATH PRONOUNCED M D Y T | 30. WHERE DEATH PRONOUNCED | |
| | 31. PRONOUNCING PHYSICIAN | 32. MEDICAL EXAMINER NOTIFIED (Time/Name) | 33. WHERE BODY TAKEN | |

| MISSING PERSON | 34. FOUL PLAY SUSPECTED ☐Yes ☐No | 35. HEIGHT | 36. WEIGHT | 37. EYES | 38. HAIR | IN NARRATIVE DESCRIBE: WHEN/WHERE LAST SEEN WHO LAST WITH CAUSE FOR ABSENCE PRIOR MISSING HISTORY POSSIBLE VEHICLE INVOLVED |
|---|---|---|---|---|---|---|
| 39. FACIAL HAIR | 40. SCARS, MARKS, TATOOS | | 41. CLOTHING | | | |
| 42. PHYSICAL CONDITION | 43. MENTAL CONDITION | 44. PROBABLE DESTINATION | | 45. MISSING PREVIOUS ☐Yes ☐No | | |

| ANIMAL | IF PERSON INJURED COMPLETE INJURY SECTION | 46. DESCRIPTION OF ANIMAL | | 47. LICENSE NO. |
|---|---|---|---|---|
| 48. OWNER | | 49. RESIDENCE ADDRESS | 50. RES. PHONE | 51. DISPOSITION |

| LOST/FOUND PROPERTY | ☐LOST ☐FOUND | 52. TYPE OF PROPERTY NEWSPAPER BOXES | 53. MAKE/MODEL METAL |
|---|---|---|---|
| | 54. COLOR BLUE | 55. SERIAL NUMBER — | 56. IDENTIFYING CHARACTERISTICS THE WESTCHESTER GUARDIAN |

| OTHER INCIDENT | 57. BRIEFLY DESCRIBE NEWSPAPER BOXES LEFT AT CITY HALL - REMOVED FOR SAFE KEEPING. |
|---|---|

58. NARRATIVE:

REPRESENTATIVES OF THE WESTCHESTER GUARDIAN PLACED TWO NEWSPAPER BOXES AT CITY HALL. THE FEMALE IDENTIFIED AS SUNDAY AND HER UNIDENTIFIED MALE BOSS WERE INFORMED, THAT FOR SECURITY REASONS THE BOXES COULD NOT BE LEFT ON CITY HALL PROPERTY. THEY WERE ASKED TO REMOVE THEM. THEY WERE ALSO TOLD IF THEY DID NOT REMOVE THEM, THE BOXES WOULD BE REMOVED AND PROPERTY CLERKED FOR SAFE KEEPING. THEY REFUSED TO REMOVE THE BOXES. BOXES PROPERTY CLERKED FOR SAFE KEEPING

| RELATED ALARM NUMBER | 59. CONNECTED INCIDENT NUMBERS | 60. REQUIRED FOLLOW-UP/RECOMMENDATION INACTIVE |
|---|---|---|
| 61. REPORTING OFFICERS P.O. Paul Wood | Shield No's 427 | 62. NOTIFICATION REQUIRED ☐Yes ☐No   63. NOTIFICATION BY: |
| | | 64. CERTIFIED BY Sgt. Brian McNerney #419   CONCUR? ☒Yes ☐No |

PAGE 1 of 1

| TYPEWRITTEN ONLY | CITY OF YONKERS POLICE PROPERTY & EVIDENCE UNIT |
|---|---|

___ EVIDENCE    x SAFE-KEEPING    ___ FOUND

INDICATE TYPE OF CRIME: ____

C & R # 07-87345   D.D. # ____   LAB # ____   NARCO # ____
DATE: 7/17/07   PLACE OF OCCURRENCE: 40 South Broadway

OFFICERS ASSIGNED:
LAST NAME Wood   FIRST Paul   SHIELD 427   RANK P.O.   COMMAND 4
LAST NAME ____   FIRST ____   SHIELD ____   RANK ____   COMMAND ____

| PRISONERS LAST NAME | FIRST | DOB | ADDRESS | CHARGE |
|---|---|---|---|---|
| #1 | | | | |
| #2 | | | | |
| #3 | | | | |

VICTIM: ____   PHONE ____

OWNER: The Westchester   Gaurdian

FINDER: ____

REMARKS: BRIEFLY EXPLAIN WHY THE PROPERTY WAS TAKEN INTO CUSTODY:
Boxes removed from City Hall Due to them being 9/11 security risk

SIGNATURE OF REPORTING OFFICER: P.O. Paul Wood   SHIELD 427   DATE 7/17/07   CERTIFIED BY: ___ #119   SHIELD 19   DATE 07/17/07
SIGNATURE OF DESK OFFICER: ____   SHIELD 55   DATE 7/18/07   DELIVERED TO PROPERTY CLERK BY: ____   SHIELD ____   DATE 7/18/07

| ITEM NO. | QUANTITY | "O" | ARTICLE | U.S. CURRENCY ONLY | PROPERTY BUREAU'S DISPOSITION FOR P.B. USE ONLY |
|---|---|---|---|---|---|
| 1 | 2 | | Blue newspaper boxes (metal) | | |

"O" INDICATE IF PROPERTY BELONGS TO "PRISONER" OR "V" VICTIM   TOTAL

I ACKNOWLEDGE HAVING RECEIVED THE FOLLOWING ITEMS FROM THE PROPERTY UNIT: ITEMS #

FOR PROPERTY USE ONLY
ARTICLES RECEIVED ON: JUL 18 2007
RECEIVED BY: ____
LOCATION: 3rd FLOOR
PROPERTY BAG #

CLAIMANT'S SIGNATURE: ____
PRINT NAME ____   DATE ____
ADDRESS ____   PHONE ____

PROPERTY CLERK OFFICER   PROPERTY CLERK # 07Y2790
PROP CLK2(1/95)