CITY OF YONKERS
COMPLAINT / INFORMATION
THE PEOPLE OF THE STATE OF NEW YORK
VS.

CO - 110926 ✓ 21

| Name Last | First | MI | DOB |
|---|---|---|---|
| CASTILLO | CESAR | | 11/17/89 |

Street Address: 610 5th AVE

City: LARCHMONT State: NY Zip: 10538

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS:

**Date of Offense** 7/11/07 **Time** 1:30 AM/PM (PM circled)

**Place of Occurence** 40 S BDWAY

41600-07

**In Violation of Chapter:** 100 **Section:** 35

**of the CITY CODE of YONKERS.**

**Description** ADVERTISING & BILL DISTRIBUTION

**OTHER INFORMATION:**

**DESCRIPTION OF OFFENSE**

I have observed at the above time and place the following:
THE ABOVE MALE HANDING OUT PRINTED MATTER INSIDE CITY HALL TO PASSER BYS

**I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the penal law. Affirmed under penalty of perjury.**

**Date:** 7/11/07 **Print Name:** PAUL WOOD

**Signature of Complainant:** P.O. Paul Wood

Title: P.O. Badge # 427 Dept. Y.P.D.

YOU MUST APPEAR AT CITY COURT OF YONKERS
CACACE CENTER, 100 SOUTH BROADWAY, YONKERS, NY

Date of Appearance 16 day of Aug 2007 at 1:00 AM PM (PM circled)

**COURT COPY**

CO - 055497

43

CITY OF YONKERS
COMPLAINT / INFORMATION
THE PEOPLE OF THE STATE OF NEW YORK
VS.

| Name Last First MI | DOB |
|---|---|
| Guzman, Richard, A | 04/18/79 |

Street Address: 205 North Avenue

City: New Rochelle State: NY Zip: 10801

41710-07

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS:

Date of Offense 07/31/07 Time 1020 AM PM
Place of Occurence 104 South Broadway

In Violation of Chapter: 100 Section: 35
of the CITY CODE of YONKERS.
Description Advertising and bill distribution on public property

OTHER INFORMATION:

DESCRIPTION OF OFFENSE

I have observed at the above time and place the following:
above defendant distributing newspapers on public property without proper permits.

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the penal law. Affirmed under penalty of perjury.

Date: 07/31/07 Print Name: Barahona
Signature of Complainant: P.O. Barahona
Title: POLICE OFFICER Badge # 203 Dept. Y.P.D.

YOU MUST APPEAR AT CITY COURT OF YONKERS
CACACE CENTER, 100 SOUTH BROADWAY, YONKERS, NY

Date of Appearance 16 day of Aug 20 07 at 1:00 AM PM

COURT COPY

92

**CITY OF YONKERS**
**COMPLAINT / INFORMATION**
**THE PEOPLE OF THE STATE OF NEW YORK**
**VS.**

| Name Last / First / MI | DOB |
|---|---|
| Pacheco, Nicole, A | 09/18/89 |

Street Address: 24 Ronalds Lane

City: New Rochelle State: NY Zip: 10801

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS:**

**Date of Offense** 07/31/07 **Time** 10:20 AM

**Place of Occurence** 104 South Broadway

**In Violation of Chapter:** 100 **Section:** 35 **of the CITY CODE of YONKERS.**

**Description** Advertising and bill distribution on public property

**OTHER INFORMATION:**

**DESCRIPTION OF OFFENSE**

I have observed at the above time and place the following: above defendant distributing news papers on public property without proper permits.

**I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the penal law. Affirmed under penalty of perjury.**

**Date:** 07/31/07 **Print Name:** Barahona

**Signature of Complainant:** P.O. Barahona 203

Title: POLICE OFFICER Badge # 203 Dept. YPD.

YOU MUST APPEAR AT CITY COURT OF YONKERS
CACACE CENTER, 100 SOUTH BROADWAY, YONKERS, NY

Date of Appearance 16 day of Aug 2007 at 1:00 PM

COURT COPY

CITY OF YONKERS CO - 110927 5
COMPLAINT / INFORMATION
THE PEOPLE OF ~~THE~~ STATE OF NEW YORK
VS.

| Name Last | First | MI | DOB |
|---|---|---|---|
| AYALA | MARIBEL | | 8/11/75 |

Street Address: 102 CONGRESS ST

| City | State | Zip |
|---|---|---|
| HARRISON | NY | 10725 |

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS:

Date of Offense 8/1/07 Time 2:10 AM/PM
Place of Occurence 40 S BDWAY

In Violation of Chapter: 100- Section 35
of the CITY CODE of YONKERS.
Description ADVERTISING AND BILL DISTRIBUTION
OTHER INFORMATION:

4007

**DESCRIPTION OF OFFENSE**

I have observed at the above time and place the following:
ABOVE FEMALE HANDING OUT AND DISTRIBUTING NEWS PAPERS (THE WESTCHESTER GUARDIAN) ON PARK PROPERTY AND PUBLIC PLACE

**I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the penal law. Affirmed under penalty of perjury.**

Date: 8/1/07 Print Name: P.O. Paul Wood
Signature of Complainant: PO Paul Wood
Title: PO Badge # 427 Dept. Y.P.D.

YOU MUST APPEAR AT CITY COURT OF YONKERS
CACACE CENTER, 100 SOUTH BROADWAY, YONKERS, NY
Date of Appearance 13 day of SEPT 20 07 at 1:00 AM PM

COURT COPY

CITY OF YONKERS
COMPLAINT / INFORMATION
THE PEOPLE OF THE STATE OF NEW YORK
VS.

CO - 110928
121

Name Last: ZHERKA First: SELIM MI: DOB: 3/13/68

Street Address: 1301 FOX GLEN DRIVE

City: HARTSDALE State: NY Zip: 10530

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS:

Date of Offense 8/1/07 Time 2:10 AM/PM (PM)
Place of Occurence 40 S BDWAY

In Violation of Chapter: 100 Section: 35
of the CITY CODE of YONKERS:
Description ADVERTISING AND BILL DISTRIBUTION

OTHER INFORMATION:

## DESCRIPTION OF OFFENSE

I have observed at the above time and place the following:
ABOVE MALE HANDING OUT AND DISTRIBUTING NEWS PAPERS (THE WESTCHESTER GUARDIAN) ON PARK PROPERTY AND PUBLIC PLACE

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the penal law. Affirmed under penalty of perjury.

Date: 8/1/07 Print Name: P.O. PAUL WOOD
Signature of Complainant: PO Paul Wood
Title: P.O Badge # 427 Dept. Y.P.D.

YOU MUST APPEAR AT CITY COURT OF YONKERS
CACACE CENTER, 100 SOUTH BROADWAY, YONKERS, NY
Date of Appearance 13 day of SEPT 2007 at 1:30 AM (PM)

COURT COPY

1094

CITY OF YONKERS **CO 046061**

COMPLAINT / INFORMATION

THE PEOPLE OF THE STATE OF NEW YORK

vs.

Name Last First MI DOB
Guevara, Michael, K 11-21-90

Street Address
38 St. John's Pl #2A

City State Zip
New Rochelle, NY 10801

Relationship to Building

In Violation of Section 100-35 — Yonkers City Code [✓] NYS Uniform Fire Code [ ] Other [ ] Description

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

Date of Offense 07/11/07 Time 1:43 AM (PM)

Place of Occurrence 40 South Broadway Yonkers, NY 10703

Other Information:

DESCRIPTION OF OFFENSE

I have observed at the above time and place the following:

The above defendant distributing by hand printed material (The Westchester Guardian) inside a public place (Yonkers City Hall)

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the penal law. Affirmed under penalty of perjury.

Date: 07/11/07 Print Name Joseph Galinski

Signature of Complainant: PO [signature] #872

Title: POLICE OFFICER Badge # 872 Dept. Y.P.D.

YOU MUST APPEAR AT CITY COURT OF YONKERS

CACACE CENTER, 100 SOUTH BROADWAY YONKERS, NY

Date of Appearance 16 day of August 2007 at 1:00 AM (PM)

COURT COPY

07C01741

CITY OF YONKERS
COMPLAINT / INFORMATION
THE PEOPLE OF THE STATE OF NEW YORK
VS.

CO - 110929
84

| Name Last | First | MI | DOB |
|---|---|---|---|
| O'NEILL | DOMINICK | L | 6/9/76 |

Street Address: 102 CONGRESS STREET

| City | State | Zip |
|---|---|---|
| HARRISON | NY | 10528 |

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS:

Date of Offense 9 / 11 / 07 Time 2:10 AM PM

Place of Occurence 40 S. BDWAY

07-0509

In Violation of Chapter: 100 Section: 35

of the CITY CODE of YONKERS.

Description ADVERTISING AND BILL DISTRIBUTION

OTHER INFORMATION:

DESCRIPTION OF OFFENSE

I have observed at the above time and place the following:

ABOVE FEMALE HANDING OUT AND DISTRIBUTING NEWSPAPERS CTHE WESTCHESTER DAWDOWN] ON PARK PROPERTY AND PUBLIC PLACE.

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the penal law. Affirmed under penalty of perjury.

Date: 9/11/07 Print Name: P.O. Paul Wood

Signature of Complainant: P.O. Paul Wood

Title: P.O. Badge # 427 Dept. Y.P.D.

YOU MUST APPEAR AT CITY COURT OF YONKERS
CACACE CENTER, 100 SOUTH BROADWAY, YONKERS, NY

Date of Appearance 13 day of SEPT 20 07 at 1:00 AM PM

COURT COPY