

Thacher Proffitt & Wood LLP
50 Main Street
White Plains, NY 10606
914.421.4100

Fax: 914.421.4150
www.tpw.com

Direct Dial: 914.421.4155
kplunkett@tpw.com

Admitted in NY, FL

August 21, 2007

**VIA FACSIMILE (914) 428-8916**

Jonathan Lovett, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605

        *Re:*    The Guardian News, Inc.

Dear Jon:

    This firm represents the City of Yonkers and its officials in connection with the four lawsuits filed by your office in the Federal District Court, Southern District of New York, White Plains Branch, concerning the above-referenced organization.

    Please be advised that the City of Yonkers is in possession of approximately 33 "newsracks" which we believe belong to your client. These "newsracks" were removed because they were not in compliance with City regulations for the placement of such racks or boxes. Your client may contact the City of Yonkers Department of Public Works, Commissioner John A. Liszewski, to retrieve these "newsracks". Assuming proper identification is submitted to the City of Yonkers, these 33 "newsracks" will be released to your client.

    Please inform your client that in order for "newsracks" to be placed in a public street in the City of Yonkers, the "newsracks" must comply with City of Yonkers Code §§ 33-4 and 103-94(A)(B) and the City of Yonkers Zoning Code § 43. The City has no desire to restrict the distribution of your paper as long as the distribution is done in a lawful manner safeguarding the public rights of way from illegal obstructions.

    Commissioner Liszewski, can be contacted at The Department of Public Works at: (914) 377-6267. He will arrange for the release of the racks.

August 21, 2007 Page 2.

Please feel free to contact me should you have any questions.

Very truly yours,

Kevin J. Plunkett

cc: Commissioner John Liszewski
Frank J. Rubino, Esq.