# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+  
DRITA NICAJ

914-428-8401  
FAX 914-428-8916

+also admitted in New Jersey

September 26, 2007

BY FAX

Honorable Charles L. Brieant  
United States District Judge  
United States District Courthouse  
300 Quarropas Street  
White Plains, New York 10601

Re: The Guardian News v Philip Amicone, et al.,  
 07 Civ. 07078 (CLB)

Dear Judge Brieant:

In further response to counsel's letters of September 24 and September 25, after reviewing once again the transcript of proceedings of September 21, 2007 in the captioned matter and speaking with Jonathan Lovett, it is our view that the current placement of boxes in question does not violate this Court's Order.

Accordingly, absent direction of the Court, our client declines to remove the boxes at this time.

Respectfully,

Jane Bilus Gould

JBG:af  
cc: Kevin Plunkett, Esq. by fax