UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE GUARDIAN NEWS, INC. and SELIM
ZHERKA,

                           Plaintiffs,                  07 Civ. 07078 (CLB)

        -against-

PHILIP AMICONE, individually,
EDMUND HARTNETT, individually,             **PLAINTIFF'S EXHIBI T LIST**
JOHN A. LISZEWSKI, individually
CITY OF YONKERS, New York,
PAUL WOOD, individually, POLICE
OFFICERS JOHN DOE'S #1 to #20,
individually, and SANITATION WORKERS
#1 to #20,

                           Defendants.

------------------------------------------------------------x

       Plaintiffs, Guardian News and Selim Zherka, by their attorneys Lovett & Gould,

LLP, submit the following Proposed Exhibit List.  Plaintiffs reserve the right to amend

same as justice may require.

Dated: White Plains, NY               LOVETT & GOULD, LLP
       November 12, 2007             By:_____
                                 Jonathan Lovett (4854)
                                 Attorneys for Plaintiffs
                                 222 Bloomingdale Road
                                 White Plains, NY 10605
                                 (914) 428-8401

# PLAINTIFF'S PROPOSED EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | DATE REC'D |
|---|---|---|
| 1 | Issues of The Westchester Guardian dated August 10, 2006 through June 28, 2007 | |
| 2 | July 5, 2007 edition of The Westchester Guardian | |
| 3 | July 12, 2007 edition of The Westchester Guardian | |
| 4 | July 19, 2007 edition of The Westchester Guardian | |
| 5 | August 2, 2007 edition of The Westchester Guardian | |
| 6 | August 9, 2007 edition of The Westchester Guardian | |
| 7 | August 16, 2007 edition of The Westchester Guardian | |
| 8 | August 23, 2007 edition of The Westchester Guardian | |
| 9 | Photos of The Westchester Guardian "newsracks" | |
| 10 | Photos of The Westchester Guardian "newsracks" | |
| 11 | Photos of The Westchester Guardian "newsracks" | |
| 12 | Photos of The Westchester Guardian "newsracks" | |
| 13 | Photos of The Westchester Guardian "newsracks" | |
| 14 | Photos of The Westchester Guardian "newsracks" | |
| 15 | Photos of The Westchester Guardian "newsracks" | |
| 16 | Photos of The Westchester Guardian "newsracks" | |
| 17 | Photos of The Westchester Guardian "newsracks" | |
| 18 | Photos of The Westchester Guardian "newsracks" | |
| 19 | Photos of The Westchester Guardian "newsracks" | |
| 20 | Photos of Guardian newsracks | |
| 21 | Various pictures of The Westchester Guardian "newsracks" | |
| 22 | Various pictures of The Westchester Guardian "newsracks" | |
| 23 | Various pictures of The Westchester Guardian "newsracks" | |
| 24 | Pictures taken at the corner of Yonkers Avenue and Belmont Ave | |
| 25 | Time/date receipts, Cacace Justice Center | |
| 26 | Various pictures of The Westchester Guardian "newsracks" | |
| 27 | Photos of The Westchester Guardian "newsracks" | |
| 28 | Photos of The Westchester Guardian "newsracks" | |
| 29 | Photos of The Westchester Guardian "newsracks" | |
| 30 | Photos of The Westchester Guardian "newsracks" | |
| 31 | Photos of The Westchester Guardian "newsracks" | |
| 32 | Photos of The Westchester Guardian "newsracks" | |
| 33 | Photos of The Westchester Guardian "newsracks" | |
| 34 | Photos of The Westchester Guardian "newsracks" | |
| 35 | Photos of The Westchester Guardian "newsracks" | |
| 36 | Photos of newsrack locations | |
| 37 | Photos of newsrack locations | |
| 38 | Photos of newsrack locations | |
| 39 | Pictures of other, non-Guardian, "newsracks" | |

| 40 | Pictures of other, non-Guardian "newsracks" | |
| 41 | Pictures of other, non-Guardian "newsracks" | |
| 42 | The Journal News newsrack at the corners of Yonkers Avenue and Belmont Avenue and Staunton Street and Central Park Avenue | |
| 43 | Newsrack locations photos | |
| 44 | Newsrack locations photos | |
| 45 | Newsrack locations photos | |
| 46 | Newsrack locations photos | |
| 47 | Newsrack locations photos | |
| 48 | Newsrack locations photos | |
| 49 | Newsrack locations photos | |
| 50 | Newsrack locations photos | |
| 51 | Newsrack locations photos | |
| 52 | Newsrack locations photos | |
| 53 | Newsrack locations photos | |
| 54 | Various pictures of The Westchester Guardian "newsracks" | |
| 55 | Various pictures of The Westchester Guardian "newsracks" | |
| 56 | Newsrack locations photos | |
| 57 | Various pictures of The Westchester Guardian "newsracks" | |
| 58 | Various pictures of The Westchester Guardian "newsracks" | |
| 59 | Various pictures of The Westchester Guardian "newsracks" | |
| 60 | Newsrack locations photos | |
| 61 | Newsrack locations photos | |
| 62 | Newsrack locations photos | |
| 63 | Newsrack locations photos | |
| 64 | Various pictures of The Westchester Guardian "newsracks" | |
| 65 | Various pictures of The Westchester Guardian "newsracks" | |
| 66 | Various pictures of The Westchester Guardian "newsracks" | |
| 67 | Various pictures of The Westchester Guardian "newsracks" | |
| 68 | Newsrack locations photos | |
| 69 | Various pictures of The Westchester Guardian "newsracks" | |
| 70 | Various pictures of The Westchester Guardian "newsracks" | |
| 71 | Various pictures of The Westchester Guardian "newsracks" | |
| 72 | Newsrack locations photos | |
| 73 | Various pictures of The Westchester Guardian "newsracks" | |
| 74 | Summons #110927 to Maribel Ayala | |
| 75 | Summons #055498 to Nicole A. Pacheco | |
| 76 | Summons #046066 to Dominica O'Neill | |
| 77 | Summons #110929 to Dominica O'Neill | |
| 78 | Summons #046063 to Richard Guzman | |
| 79 | Summons #046062 to Michael Estrada | |
| 80 | Summons #055497 to Richard Guzman | |
| 81 | Summons #046061 to Michael Guevara | |
| 82 | Summons #110926 to Cesar Castillo | |

| 83 | Summons #104273 to Maumer Kllapija | |
| 84 | Summons #90605 to Cristian Salazar | |
| 85 | Summons #046065 to Selim Zherka | |
| 86 | Summons #110928 to Selim Zherka | |
| 87 | City of Yonkers memorandum dated August 21, 2007 to All Commands from Charles Gardner | |
| 88 | Code of the City of Yonkers, New York, Chapter 33, Newsracks | |
| 89 | Code of the City of Yonkers, New York, Article VI, Newsstands and Concessions | |
| 90 | Multimedia message dated 8/9/2007 Cell phone photographs | |
| 91 | Dept. of Public Works Operation Division Radio Control for Saturday, 8/11/07 | |
| 92 | Yonkers Police Department Incident Report of P.O. Paul Wood dated 7/17/07 | |
| 93 | Affidavit of Charles Gardner dated September 20, 2007 | |
| 94 | Westchester Guardian newsrack | |
| 95 | Westchester Guardian newsrack in foyer | |
| 96 | Entrance to City Hall | |
| 97 | Staircase alcove with newsrack | |
| 98 | Staircase alcove with newsrack | |
| 99 | Westchester Guardian newsrack | |
| 100 | Westchester Guardian newsrack | |
| 101 | Westchester Guardian newsrack | |
| 102 | Westchester Guardian newsrack | |
| 103 | Westchester Guardian newsrack | |
| 104 | Westchester Guardian newsrack chained | |
| 105 | Westchester Guardian newsrack | |
| 106 | Westchester Guardian newsrack chained | |
| 107 | Westchester Guardian newsrack chained | |
| 108 | Westchester Guardian newsrack | |
| 109 | Westchester Guardian newsrack chained | |
| 110 | Westchester Guardian newsrack chained | |
| 111 | Newsrack photo | |
| 112 | Westchester Guardian newsrack | |
| 113 | Westchester Guardian newsrack | |
| 114 | Westchester Guardian newsrack | |
| 115 | Confiscated Guardian newsracks | |
| 116 | Confiscated Guardian newsracks | |
| 117 | August 21, 2007 letter from Kevin Plunkett to Jonathan Lovett | |
| 118 | Fax transmission from Commissioner Liszewski to D. Mason dated 8/23/07 | |
| 119 | Padlock and chain | |
| 120 | Cell phone video (canine officer) | |