UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GUARDIAN NEWS, INC., and SELIM ZHERKA,<br><br>                Plaintiffs,<br><br>    -against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 TO #20, individually, and SANITATION WORKERS #1 to #20,<br><br>                Defendants. | ECF Case<br><br>07 Civ. 7078 (CLB)<br><br>**DEFENDANTS' EXHIBIT LIST** |

Pursuant to this Court's rules, Defendants, by their attorneys, *Thacher Proffitt & Wood, LLP* submit the following Exhibit List for the permanent injunction hearing of this matter[1]:

| Defendants' Exhibit | Exhibit Date | Description |
|---|---|---|
| A. | 5/24/07 | Facsimile from Raymond P. Schmidt, Esq. to Jonathan Lovett, Esq. and attachments |
| B. | 7/11/07 | City of Yonkers Complaint/Information ("Summons") issued to Cesar Castillo together with police memo book entry |
| C. | 7/11/07 | Summons issued to Michael Guevara |
| D. | 7/12/07 | Summons issued to Gene A. Smith together with Police Department Incident Report and voucher |
| E. | 7/31/07 | Summons issued to Nicole Pacheco |
| F. | 7/31/07 | Summons issued to Richard Guzman |
| G. | 8/1/07 | Summons issued to Maribel Ayala |
| H. | 8/1/07 | Summons issued to Selim Zherka |
| I. | 8/1/07 | Summons issued to Dominica O'Neill |

---

[1] Defendants reserve the right to amend this list as discovery is still ongoing.

| Defendants' Exhibit | Exhibit Date | Description |
|---|---|---|
| J. | 8/2/07 | Police Department Incident Report |
| K. | 8/6/07 | Multiple Summonses together with police memo book entry |
| L. | 8/9/07 | Summonses issued to Marmer Kllapija and Cristian Salazar together with Police Department Incident Report |
| M. | 7/16/07 – 9/14/07 | Multiple emails between Selim Zherka and Carol Bengis |
| N. | 8/2/07 | Letter from Richard Blassberg to John A. Liszewski |
| O. | 8/6/07 | DPW Daily Work Sheet |
| P. | 8/7/07 | Letter from Richard Blassberg to John A. Liszewski |
| Q. | 8/10/07 | Letter from Richard Blassberg to John A. Liszewski |
| R. | 8/11/07 | DPW Operation Division Radio Control Log |
| S. | 8/11/07 | DPW Service Request |
| T. | 8/12/07 | DPW Operation Division Radio Control Log |
| U. | 8/13/07 | Email from Steve Sansone to Robert Greco |
| V. | 8/21/07 | Memorandum from First Deputy Chief Charles Gardner to All Commands |
| W. | 8/21/07 | Letter from Kevin J. Plunkett, Esq. to Jonathan Lovett, Esq. |
| X. | 8/23/07 | Facsimile cover page to Commissioner Liszewski from D. Mason |
| Y. | 8/23/07 | DPW Receipt |
| Z. | 8/24/07 | City Inventory of Westchester Guardian Boxes |
| AA. | Undated | Photograph |
| BB. | Undated | Photograph |

| Defendants' Exhibit | Exhibit Date | Description |
|---|---|---|
| CC. | 8/2307 | Outdoor Inventory of Westchester Guardian Boxes on 8/23/07 |
| DD. | 10/1/07 | Email from Sal DiMaggio to Charles Gardner |
| EE. | Various | Outline of total number of Westchester Guardian Newspaper Boxes together with receipts of purchase |
| FF. | Various | Invoices from Poughkeepsie Journal to Westchester Guardian |
| GG. | n/a | Chapter 33 of the Yonkers City Code |
| HH. | n/a | Chapter 43 of the Yonkers City Code |
| II. | n/a | Chapter 100 of the Yonkers City Code |
| JJ. | n/a | Chapter 103 of the Yonkers City Code |
| KK. | 5/19/98 | Various short memoranda |
| LL. | 9/21/06 | Newspaper article |
| MM. | 10/5/06 | Newspaper article |
| NN. | 7/17/07 | Police Department Incident Report and voucher |
| OO. | 9/27/07 | Police Department Incident Report |
| PP. | Undated | Multiple Photographs |

Dated: White Plains, New York
      November 12, 2007

THACHER PROFFITT & WOOD LLP

By: _____
    Kevin J. Plunkett
    Darius P. Chafizadeh
    50 Main Street
    White Plains, New York 10606
    Telephone: (914) 421-4100

*Attorneys for Defendants*