# Thacher Proffitt



Thacher Proffitt & Wood LLP
50 Main Street
White Plains, NY 10606
914.421.4100

Fax: 914.421.4150
www.tpw.com

Direct Dial: 914.421.4171
dchafizadeh@tpw.com

Admitted in NY

December 3, 2007

**VIA FACSIMILE**

Jonathan Lovett, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605

> Re: The Guardian News, Inc. v. Amicone, et al.
> ECF Case No. 07 Civ. 7078 (CLB)

Dear Jon:

This letter serves to confirm that Plaintiffs and Defendants will simultaneously serve and file Post-Hearing Proposed Findings of Fact/Conclusions of Law in the above referenced matter on December 19, 2007.

Very truly yours,

Darius P. Chafizadeh

cc:    Honorable Charles E. Brieant (via fax)
       Frank Rubino, Esq. (via fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____