AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

THE GUARDIAN NEWS, INC., and SELIM ZHERKA,

-against-

PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 TO #20, individually, and SANITATION WORKERS #1 to #20,

**APPEARANCE**

Case Number: 07 Civ. 7078 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 TO #20, individually, and SANITATION WORKERS #1 to #20.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 7, 2008 | *(signature)* |
| Date | Signature |
| | Matthew S. Clifford — MC1134 |
| | Print Name — Bar Number |
| | DelBello Donnellan -- One North Lexington Ave. |
| | Address |
| | White Plains, NY 10601 |
| | City   State   Zip Code |
| | (914) 681-0200   (914) 684-0288 |
| | Phone Number   Fax Number |