UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

THE GUARDIAN NEWS, INC. and
SELIM ZHERKA,

                                                      07Civ. 7078 (CLB)

                Plaintiffs

    -against-

                                        NOTICE OF MOTION FOR
                                        AN AWARD OF ATTORNEY'S
                                        FEES PURSUANT TO 42
                                        U.S.C. §1988

PHILIP AMICONE, et. al.

                Defendants.

------------------------------------------------x

    Upon the affirmation of Jonathan Lovett and the exhibits annexed thereto Plaintiffs will move this Court before the Hon. Charles L. Brieant, at the Courthouse, 300 Quarropas Street, White Plains, New York, for an order fixing reasonable attorney's fees and costs herein.

Dated: White Plains, N.Y.
       March 13, 2008

                                        LOVETT & GOULD, LLP
                                        By:
                                        Jonathan Lovett (4854)
                                        Attorneys for Plaintiffs
                                        222 Bloomingdale Road
                                        White Plains, N.Y. 10605
                                        914-428-8401

1