UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

THE GUARDIAN NEWS, INC. and
SELIM ZHERKA,

                          Plaintiffs,              07 Civ. 7078 (CLB)

              -against-                   **Affirmation in Support of Motion for an Award
                                          Of Attorney's Fees Pursuant to 42 U.S.C. §1988**

PHILIP AMICONE, *et. al*,

                          Defendants.

-------------------------------------------------------x

        JONATHAN LOVETT, an attorney duly admitted to practice in
this Court and the courts of the State of New York, hereby
affirms under penalty of perjury that the following statement is
true:

        1. I am counsel to Plaintiffs herein and submit this
affirmation in support of their application for an award of
reasonable attorney's fees and costs pursuant to 42 U.S.C. §1988.

        2. On November 13 and 14, 2007, a bench trial was held in
this matter at which time the Court reserved decision. On March
3, 2008February 8, 2008, by memorandum and order the Court
granted Plaintiffs a permanent injunction and *inter alia*
declaratory relief.

## BACKGROUND REGARDING YOUR AFFIRMANT

3. Your affirmant is a 1971 graduate of Columbia Law School, a former Assistant District Attorney in the New York District Attorney's Office under the late Frank Hogan (1971-5), a former Sr. Assistant Westchester County Attorney and thereafter Deputy County Attorney in charge of civil litigation for the County of Westchester (1975-82), and a partner in the firm of Lovett & Gould, LLP from 1982 to the present.

4. Your affirmant has, over the years, specialized his practice in civil rights litigation with an emphasis upon representation of Plaintiffs. In connection with that practice I have successfully represented Plaintiffs in *inter alia* dozens of actions including but not limited to:

     a. <u>Sassi II v. Lou-Gould</u>, 05 Civ. 10450 (CLB), 06 Civ. 4037 (CLB), 06 Civ. 6374 (CLB) ($100,000 verdict and fees in the amount of $66,326.38),

     b. <u>Basile v. Spagnola</u>, 05 Civ. 10699 (LMS)($200,000 verdict including $50,000 in punitive damages, fee application pending).

     c. <u>Ceccotti v. Amendola</u>, 06 Civ. 4501 (LMS) (jury verdict in the principal sum of $579,900, fee application and post-judgment motions pending),

     d. <u>Rubeo v. Olson (City of Yonkers)</u>, 94 Civ. 8445 (BDP) (jury verdict of $340,000);

e. <u>Serchen v. Zaleski (City of Yonkers)</u>, 92 Civ. 9381
   (BDP) (settlement in the principal sum of $440,000);

f. <u>Dobbs v. Dansk</u>, 95 Civ. 7205 (CLB)(Substantial
   settlement award subject to confidentiality agreement);

g. <u>Ceccacci v. City of White Plains</u>, 94 Civ. 7533
   (BDP)(Substantial settlement subject to confidentiality
   agreement);

h. <u>Serrano v. City of New York</u>, 95 Civ. 2864 (CLB)($90,000
   settlement inclusive of fees);

i. <u>Kounitz v. Slaatten</u>, 95 Civ. 0038 (BDP)($100,000
   settlement, inclusive of fees);

j. <u>Thomsen v. Neiman Marcus</u>, 95 Civ. 2863 (BDP) (settled
   for substantial sum of money which included fees and is
   subject to confidentiality agreement);

k. <u>Tolve v. Bullers (Xerox Corp.)</u>, 94 Civ. 6320 (CLB)
   (settled for substantial sum of money which included
   fees and is subject to confidentiality agreement);

l. <u>Mercaldo v. Carlos (Town of Putnam Valley)</u>, 94 Civ.
   9023 (CLB) (Accepted Rule 68 judgment in the sum of
   $150,000);

m. <u>Moore v. Pavone (Town of Cortlandt)</u>, 94 Civ. 2712 (CLB)
   (settled for substantial sum of money which included
   fees and is subject to confidentiality agreement);

n. <u>Shanes-Hernandez v. Clementoni (County of
   Westchester)</u>, 94 Civ. 4171 (CLB), upon jury verdict

and post appeal, Plaintiff received $420,000 inclusive of fees.

o. Marraccini v. Moeller (Town of Harrison), 92 Civ. 6189 (CLB), consolidated with,

p. Murphy v. Moeller, 92 Civ. 6188 (CLB) (fee inclusive settlement of $325,000);

q. Trataros v. Hilaris, 90 Civ. 5169 (GLG) (post jury verdict fee award of $75,000);

r. Lichtig v. Kisslinger, 89 Civ. 7981 (CLB) (settled for substantial sum of money which included fees and is subject to confidentiality agreement);

s. Campanella v. O'Rourke, 88 Civ. 6322 (GLG) (fee award of $75,000);

t. Fanelli v. O'Rourke, 88 Civ. 5563 (CLB) (fee inclusive settlement of approximately $110,000); and,

u. Bates v. Singletary, 84 Civ. 8549 (LBG) (settled for substantial sum of money which included fees and is subject to confidentiality agreement).

v. Collarini v. Zakian, 96 Civ. 5435 (CLB) (settlement of $125,000, fee inclusive),

w. Szoke v. Carter, 95 Civ. 1231 (BDP) (settlement of $135,000, fee inclusive),

x. Pallett v. Palma, 95 Civ. 0315 (CLB) (settlement in substantial sum, fee inclusive, subject to confidentiality agreement),

y. Rende v. NYNEX, 96 Civ. 8851 (BDP) (settlement in substantial sum, fee inclusive, subject to confidentiality agreement),

z. Riedinger (Sandy) v. D'Amicantonio, 95 Civ. 1721 (BDP) (settlement in the amount of $170,000, fee inclusive),

aa. Riedinger (Guy) v. Gould, 96 Civ. 5704 (RCC) (verdict in the amount of $169,000, fees in the amount of $50,000),

bb. Poggioli v. Carroll, 94 Civ. 8313 (BDP) (verdict of $155,000 ($5,000 compensatory, $150,000 punitive, settled during pendency of fee application for $99,000 inclusive of fees),

cc. Blumenthal v. Lothringer, 96 Civ. 7151 (CLB) (settlement in the sum of $1,450,000, fee inclusive),

dd. Masci v. Krzminski, 96 Civ. 6515 (CLB) (verdict and fees, $40,000, fee inclusive),

ee. Sherwood v. Iacovelli, 96 Civ. 9459 (BDP) (settlement inclusive of retroactive appointment as police lieutenant),

ff. Lerry v. Coxen, 95 Civ. 2149 (BDP) ($40,000 verdict plus fees),

gg. Bellom v. Neiman Marcus Group, 96 Civ. 0512 (BDP) (fee inclusive settlement subject to confidentiality Agreement),

hh. Ferber v. Everfast, Inc, 96 Civ. 1881 (CLB) ($235,000 verdict, settled for $125,000, fee inclusive),

ii. McGuire v. American Telephone & Telegraph Co., 95 Civ. 10214 (BDP) (substantial, fee inclusive settlement, subject to confidentiality agreement),

jj. Dunn v. Wyskida, 97 Civ. 5805 (WCC) (verdict of $200,000 including $10,000 in punitive damages, settled with confidentiality agreement),

kk. Persaud v. Rivera, 98 Civ. 1413 (CLB) (settled during trial for a substantial sum, inclusive of fees and subject to a confidentiality agreement),

ll. Moskowitz v. Coscette, 99 Civ. 7334 (GAY) (verdict of $200,000 ($125,000 in compensatory, $75,000 in punitive damages), plus fees; affirmed by Second Circuit), and,

mm. Stanley v. County of Weschester, 00 Civ. 0188 (GAY) (verdict in the sum of $1,100,000, reduced post-verdict).

5. In addition, your affirmant has successfully represented Defendants in federal civil rights actions including *inter alia*:

a) Sternberg v. Fletcher (Village of Airmont), 91 Civ. 2550 (GLG);

b) Tall v. Town of Cortlandt, 709 F.Supp. 401 (S.D.N.Y. 1989);

c) <u>Heritage Equities, Inc. v. Town of Cortlandt</u>, 86 Civ. 6449 (CLB);

d) <u>Kirkland v. City of Peekskill Police Department</u>, 87 Civ. 8112 (MEL); and,

e) <u>Kirkland v. City of Peekskill</u>, 651 F.Supp. 797 (S.D.N.Y.), *aff'd* 828 F.2d 104 (2d Cir. 1987).

6. In connection with Plaintiff's civil rights actions, your affirmant is also currently prosecuting a substantial number of of civil rights cases in the Southern and Northern Districts of New York.

## COUNSEL'S FEES/DISBURSEMENTS
## AND PERTINENT BACKGROUND INFORMATION

7. Annexed hereto as Exhibit 1 are the contemporaneous time slips maintained by your affirmant for work done in this case. The total number of hours expended, as evidenced by those records, is 94.4 hours.

8. Annexed hereto as Exhibit 2 are the records evidencing photocopying done in connection with this case. The total cost of photocopying is $186.60 (1255 copies @ .15 per copy).

9. Exhibit 2 also embodies our records evidencing expenditures in this case for postage. The total cost of postage is $72.87.

10. The Court's filing fees in this case was $350, a circumstance with regard to which the Court can take judicial

notice. The filing receipt, under the circumstances, is deemed Exhibit 3.

11. Annexed hereto as Exhibit 4 are our records evidencing payments for service of process in this action, the total cost of which is $62.96.

12. Annexed hereto as Exhibit 5 are our records evidencing payments for pre-trial deposition transcripts, the cost of which is $3,070.50.

13. Annexed hereto as Exhibit 6 are our records evidencing messenger service used in connection with this litigation, the cost of which is $495.

14. Annexed hereto as Exhibit 7 are our records evidence over-night mailings with respect to this litigation, the cost of which is $52.37.

15. Annexed hereto as Exhibit 8 are our records evidencing the cost of witness fees in the amount of $1,575.

16. Annexed hereto as Exhibit 9 are our records evidencing the purchase of the trial transcript at a cost of $765.90.


## CONTINGENT FEE NATURE OF THE ACTION

17. Prosecution of this civil rights action was undertaken by Lovett & Gould LLP entirely upon a contingent fee basis. Had we not prevailed, we would have received absolutely no compensation for time and services rendered.

## JONATHAN LOVETT'S PREVIOUSLY,
## JUDICIALLY ESTABLISHED HOURLY RATES

14. On the basis of your affirmant's experience, success and advocacy skills fourteen years ago this Court awarded attorney's your affirmant fees in the amount of $250 per hour. *See e.g.* Shanes-Hernandez v. Clementoni, 94 Civ. 4171 (CLB). Eight years ago in 2000 I was awarded fees in Moskowitz, *supra,* at a rate of $300 per hour. In Sassi II, *supra,* Judge Brieant rendered a memorandum and order (annexed as Exhibit 10), premised upon Arbor Hill Concerned Citizens Neighborhood Association v. County of Albany, 484 F.3d 162 (2d Cir. 2007), determined that a "blended rate" for Lovett & Gould (predicated on the "presumption that lead counsel shall perform about a third of the work") is $345 an hour. In the case at bar your affirmant alone handled this litigation from commencement to conclusion. Under the circumstances we submit that your affirmant's hourly rate which is not the product of blending, should be fixed in the amount of $450.

## LOVETT & GOULD FEES/DISBURSEMENTS

15. For the reasons set forth in the accompanying memorandum of law it is submitted that the following fees should be awarded Lovett & Gould, LLP.:

| Attorney | Hours | Rate | Amount |
| --- | --- | --- | --- |

| Lovett | 94.4 | $450 | $42,480 |

In addition, the following out of pocket expenses are sought with respect to Lovett & Gould and Plaintiff, personally:

| Item | Amount |
|---|---|
| Copies | $186.60 |
| Witness fees | $1,575 |
| Filing fee | $350 |
| Deposition Transcripts | $3,070.50 |
| Court trial transcript | $765.90 |
| Postage | $$72.87 |
| Service of Process | $62.96 |
| Messenger Service | $495 |
| Overnight delivery services | $52.37 |
| **SUBTOTAL** | **$6,631.20** |

FEES/DISBURSEMENTS **TOTAL**: **$49,111.20**

WHEREFORE an award of attorney's fees in the sum of $49,111.20 should be granted.

Dated: White Plains, N.Y.
       March 13, 2008

Jonathan Lovett (4854)

**EXHIBIT 1**



11/5/07  Guardian PI

| DATE | INITIALS | CLIENT'S NAME | MATTER OR FILE NUMBER | CODE | HOURS UNIT / CHARGEABLE TIME | AMOUNT |
|------|----------|---------------|----------------------|------|------|--------|

### LOVETT & GOULD
### Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y. 10605
## CHARGEABLE TIME SLIP
### REMARKS

(6 MINUTES = 1/10 HOUR)

**CODE OF CHARGES**

A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

X _____

Prep SZ - 1.0
Dep / SZ - (6.5)   (1.1)
11/6 Prep dep witnesses -
    Attend deps  (6.0)
    mtg w SZ  .4
11/7 Dep prep - (2.0)
Deps

CODE      POSTED ☐   DATE BILLED _____

---

3/13/08  Guardian Pi

| DATE | INITIALS | CLIENT'S NAME | MATTER OR FILE NUMBER | CODE | HOURS UNIT / CHARGEABLE TIME | AMOUNT |
|------|----------|---------------|----------------------|------|------|--------|

### LOVETT & GOULD
### Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y. 10605
## CHARGEABLE TIME SLIP
### REMARKS

(6 MINUTES = 1/10 HOUR)

**CODE OF CHARGES**

A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

X _____

Review ct memorandum + order  (1.2)
prep fee applica - (1.7)
prep proposed injunction  (1.3)

CODE      POSTED ☐   DATE BILLED _____



11/6/07   Herbsa P. ∫

| DATE | INITIALS | CLIENT'S NAME | | MATTER OR FILE NUMBER | CODE | HOURS | UNIT | AMOUNT |
|------|----------|---------------|--|-----------------------|------|-------|------|--------|
| | | | | | | | 5 | $ |

## LOVETT & GOULD
### Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y.  10605
## CHARGEABLE TIME SLIP
### REMARKS

(6 MINUTES = 1/10 HOUR)

**CODE OF CHARGES**

A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

12/12/07  Draft legal MOL — (7.5)

X _____

CODE          POSTED ☐  DATE BILLED

---

| 12/9/07 | | Guardian P. I | | MATTER OR FILE NUMBER | CODE | 12 | 3 | $ |
|---------|--|---------------|--|-----------------------|------|----|---|---|
| DATE | INITIALS | CLIENT'S NAME | | | | HOURS | UNIT | AMOUNT |

## LOVETT & GOULD
### Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y.  10605
## CHARGEABLE TIME SLIP
### REMARKS

(6 MINUTES = 1/10 HOUR)

**CODE OF CHARGES**

A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

Read + annotate Trial Transcript (5.3)
12/17 Draft rough points 1 + 2 — (2.7)
12/18 - Review + finalize MOL — (4.3)

CODE          POSTED ☐  DATE BILLED

---

| 11/10/07 | | Guardian PI | | MATTER OR FILE NUMBER | CODE | 28.8 | | $ |
|----------|--|-------------|--|-----------------------|------|------|--|---|
| DATE | INITIALS | CLIENT'S NAME | | | | HOURS | UNIT | AMOUNT |

## LOVETT & GOULD
### Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y.  10605
## CHARGEABLE TIME SLIP
### REMARKS

(6 MINUTES = 1/10 HOUR)

**CODE OF CHARGES**

A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

Trial prep (5.6)
11/11 — " " (3.8)
11/12 — " (7.0) 14½

11/13 - Trial prep (3.0)   (W) prep (1.3)
Trial (7.0)  Mtg w S2 (1.1)

X _____

CODE          POSTED ☐  DATE BILLED



| DATE | INITIALS | CLIENT'S NAME | MATTER OR FILE NUMBER | CODE | HOURS | UNIT | $ |
|------|----------|---------------|----------------------|------|-------|------|---|
| | | | | | | CHARGEABLE TIME | AMOUNT |

Guardian - P1    2

**LOVETT & GOULD**
Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y. 10605
**CHARGEABLE TIME SLIP**
REMARKS

(6 MINUTES = 1/10 HOUR)

Mtg w S2 : (1.2)

CODE OF CHARGES

A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

CODE

X _____

POSTED ☐   DATE BILLED

---

| 10/19/07 | | Guardian - P1 | | | 3 | 2 | $ |
|------|----------|---------------|----------------------|------|-------|------|---|
| DATE | INITIALS | CLIENT'S NAME | MATTER OR FILE NUMBER | CODE | HOURS | UNIT | AMOUNT |
| | | | | | CHARGEABLE TIME | | |

**LOVETT & GOULD**
Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y. 10605
**CHARGEABLE TIME SLIP**
REMARKS

(6 MINUTES = 1/10 HOUR)

Doc rev / dft disc and resp (1.4)
Prep apx — (1.4)
TC K Plunkett ——→ (.2)

CODE OF CHARGES

A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

CODE

X _____

POSTED ☐   DATE BILLED

---

| 11/14/07 | | Guardian P V | | | 9 | 6 | $ |
|------|----------|---------------|----------------------|------|-------|------|---|
| DATE | INITIALS | CLIENT'S NAME | MATTER OR FILE NUMBER | CODE | HOURS | UNIT | AMOUNT |
| | | | | | CHARGEABLE TIME | | |

**LOVETT & GOULD**
Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y. 10605
**CHARGEABLE TIME SLIP**
REMARKS

(6 MINUTES = 1/10 HOUR)

Trial prep (2.2)
Trial — 7.0
Mtg w (.4)
Client

CODE OF CHARGES

A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

CODE

X _____

POSTED ☐   DATE BILLED

9/4/07   Guardian/Zherka

| DATE | INITIALS | CLIENT'S NAME | MATTER OR FILE NUMBER | CODE | HOURS | UNIT | AMOUNT |
|------|----------|---------------|------------------------|------|-------|------|--------|
|      |          |               |                        |      |       |      |        |

**LOVETT & GOULD**
Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y. 10605
**CHARGEABLE TIME SLIP**
(6 MINUTES = 1/10 HOUR)
REMARKS

Research; draft MOL for PI — (2.0)

CODE OF CHARGES
A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

X _____
CODE                    POSTED ☐   DATE BILLED _____

---

9/21/07   Guardian PI                          3 5

| DATE | INITIALS | CLIENT'S NAME | MATTER OR FILE NUMBER | CODE | HOURS | UNIT | AMOUNT |
|------|----------|---------------|------------------------|------|-------|------|--------|
|      |          |               |                        |      |       |      |        |

**LOVETT & GOULD**
Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y. 10605
**CHARGEABLE TIME SLIP**
(6 MINUTES = 1/10 HOUR)
REMARKS

G re PI — (3.5)

CODE OF CHARGES
A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

X _____
CODE                    POSTED ☐   DATE BILLED _____

---

10/2/07   Guardian PI                          5 1

| DATE | INITIALS | CLIENT'S NAME | MATTER OR FILE NUMBER | CODE | HOURS | UNIT | AMOUNT |
|------|----------|---------------|------------------------|------|-------|------|--------|
|      |          |               |                        |      |       |      |        |

**LOVETT & GOULD**
Attorneys At Law
222 BLOOMINGDALE ROAD, WHITE PLAINS, N.Y. 10605
**CHARGEABLE TIME SLIP**
(6 MINUTES = 1/10 HOUR)
REMARKS

Prep π doc prod req — (3.0)
10/7- Rev ∆ doc prod req (.7)
10/8 - Mtg w client re " — (1.4)

CODE OF CHARGES
A—COURT APPEARANCE
C—CONFERENCE
F—FACTS INVESTIGATION
L—LETTER
LL—LONG LETTER
P—PREPARATION
R—RESEARCH
PC—PETTY CASH CHARGE
TC—TELEPHONE CHARGE
TL—TRAVEL
NC—NON-CHARGEABLE

X _____
CODE                    POSTED ☐   DATE BILLED _____

**EXHIBIT 2**

Client _Guardian- newsracks_ Date _____

Credit _____ ( ) check ( ) cash          $ _____

Debit:

   Telephone to:                                    $ _____

   Xerox     no. of copies _1244_              $ _____

   Postage:  41.49 + 31.38                      $ _____

   Other:

Check drawn no. _____     to: _____

# EXHIBIT 3

**EXHIBIT 4**

*Invoice for Professional Services*

U.S. Process Service, Inc.
7 Central Park Avenue
Yonkers, New York  10705
Federal ID Number:  13-3819711

*DATE:*     11/15/2007     *INVOICE:*     49338

LOVETT & GOULD
222 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605

ATTN: ANN FRANK

| | | |
|---|---|---|
| *CASE TITLE:* | SELIM ZHERKA | *-VS-* PHILLIP AMICONE, ET AL |
| *Party Served:* | PHILLIP AMICONE, MAYOR OF CITY OF YONKERS CITY HALL 40 SOUTH BROADWAY YONKERS, NY | |

**CHARGE ITEMS:**

| | |
|---|---|
| Service Fee | $40.00 |
| Postage | $1.48 |
| **Total Charges:** | *$41.48* |
| **Total Prepaid:** | *$0.00* |
| **Total Amount Due:** | *$41.48* |

---

*To insure proper credit, return bottom stub with your check.  All unpaid invoices over 30 days are subject to a service charge.*

*UNITED STATES PROCESS SERVICE, INC.*
*Please return this stub with remittance.*

**FID:** 1295

*FROM:*   LOVETT & GOULD
              222 BLOOMINGDALE ROAD
              WHITE PLAINS, NY 10605

**INVOICE:** 49338     **DATE:** 11/15/2007

*REMIT TO:*  U.S. Process Service, Inc.
                 7 Central Park Avenue
                 Yonkers, New York  10705
                 Federal ID Number:  13-3819711

| *AMOUNT:* | $41.48 |
|---|---|

## Invoice for Professional Services

**DATE:**    11/15/2007    **INVOICE:**    49337

*U.S. Process Service, Inc.*
*7 Central Park Avenue*
*Yonkers, New York 10705*
*Federal ID Number: 13-3819711*

LOVETT & GOULD
222 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605

ATTN: ANN FRANK

**CASE TITLE:**    SELIM ZHERKA

-VS-    PHILLIP AMICONE, ET AL

**Party Served:**    PHILIP AMICONE, INDIVIDUALLY
CITY HALL/ CITY OF YONKERS
40 SOUTH BROADWAY
YONKERS, NY

### CHARGE ITEMS:

|  |  |
|---|---|
| Service Fee | $20.00 |
| Postage | $1.48 |
| **Total Charges:** | $21.48 |
| **Total Prepaid:** | $0.00 |
| **Total Amount Due:** | $21.48 |

---

*To insure proper credit, return bottom stub with your check. All unpaid invoices over 30 days are subject to a service charge.*

**UNITED STATES PROCESS SERVICE, INC.**
*Please return this stub with remittance.*

**FROM:**    LOVETT & GOULD
222 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605

**FID:** 1295

**REMIT TO:**    *U.S. Process Service, Inc.*
*7 Central Park Avenue*
*Yonkers, New York 10705*
*Federal ID Number: 13-3819711*

**INVOICE:** 49337    **DATE:** 11/15/2007

| **AMOUNT:** | $21.48 |
|---|---|

**EXHIBIT 5**

# COMPU-TRAN SHORTHAND REPORTING

**297 Knollwood Road**
**White Plains, New York  10607**
**(914) 683-1122  FAX  (914) 683-5529**

BILL TO:

LOVETT & GOULD, ESQS.
222 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605

JONATHAN LOVETT, ESQ.

GUARDIAN NEWS  VS.
PHIL AMICONE, CITY OF YONKERS, ET AL

INVOICE NO. :  1000230
INVOICE DATE:  12/10/2007

REPORTER:
DONNA BOCHNIK

ID#  13-3313902

| Date | Description | Amount |
|------|-------------|--------|
| 11/07/2007 | DEPOSITION OF PAUL WOOD, 71 PAGES | 319.50 |
| | ORIGINAL & 1 COPY | 25.00 |
| | MINISCRIPT, WORD INDEX | |
| 11/07/2007 | DEPOSITION OF DAVID SIMPSON, 76 PAG | 319.50 |
| | ORIGINAL & 1 COPY | 25.00 |
| | MINISCRIPT, WORD INDEX | |
| 11/07/2007 | DEPOSITION OF CHARLES GARDNER, 90 P | 405.00 |
| | ORIGINAL & 1 COPY | 25.00 |
| | MINISCRIPT, WORD INDEX | |
| 11/07/2007 | DEPOSITION OF DANIEL BARAHONA, 65 P | 292.50 |
| | ORIGINAL & 1 COPY | 25.00 |
| | MINISCRIPT, WORD INDEX | |
| 11/07/2007 | DEPOSITION OF DAVID MASON, 61 PAGES | 274.50 |
| | ORIGINAL & 1 COPY | 25.00 |
| | MINISCRIPT, WORD INDEX | |
| 11/07/2007 | DEPOSITION OF THOMAS CLEARY, 26 PAG | 117.00 |
| | ORIGINAL & 1 COPY | |
| 11/07/2007 | DEPOSITION OF JOSEPH GALINSKI, 45 P | 202.50 |
| | ORIGINAL & 1 COPY | |
| 11/07/2007 | DEPOSITION OF JOHN FLEMING, 32 PAGE | 144.00 |
| | ORIGINAL & 1 COPY  **** INVOICE **** | 9.00 |
| | POSTAGE & HANDLING | |

| | |
|---|---|
| Sub Total | 2,208.50 |
| Paid | 0.00 |
| Balance Due | 2,208.50 |

# COMPU-TRAN SHORTHAND REPORTING

### 297 Knollwood Road
### White Plains, New York 10607
### (914) 683-1122 FAX (914) 683-5529

**BILL TO:**

LOVETT & GOULD, ESQS.
222 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605

| | |
|---|---|
| **INVOICE NO. :** | 1000239 |
| **INVOICE DATE:** | 12/11/2007 |
| **REPORTER:** | |

JONATHAN LOVETT, ESQ.

THE GUARDIAN NEWS, INC.  VS.
PHILIP AMICONE, CITY OF YONKERS

ID# 13-3313902

| Date | Description | Amount |
|---|---|---|
| 11/09/2007 | DBT OF RICHARD ALAIMO, 23 PAGES | |
| | ORIGINAL & 1 COPY | |
| 11/09/2007 | EBT OF EDWARD MAIER, 19 PAGES | 103.50 |
| | ORIGINAL & 1 COPY | |
| 11/09/2007 | EBT OF RICHARD MADAFFARI, 46 PAGES | 85.50 |
| | ORIGINAL & 1 COPY | |
| 11/09/2007 | EBT OF JOHN LISZEWSKI, 96 PAGES | 207.00 |
| | ORIGINAL & 1 COPY | |
| | MINISCRIPT, WORD INDEX | 432.00 |
| | POSTAGE & HANDLING | 25.00 |
| | | 9.00 |

| | |
|---|---|
| **Sub Total** | 862.00 |
| **Paid** | 0.00 |
| **Balance Due** | 862.00 |

**\*\*\*\* INVOICE \*\*\*\***

# EXHIBIT 6

FROM *LOUVET + GUD*          TO  *W R*

ADDRESS                      ADDRESS *Journal Notes*

| ITEM (WT.) | PKGS. | CTNS. | SCHED. | SPEC. | EXCL. | TIE |
|------------|-------|-------|--------|-------|-------|-----|
|            |       |       | INVOICE |      | ACCT# | FROM TO |

INSTR.    *PARITIAL*

Date **23**    **72990**

Time

# M & S

### M&S MAIL DELIVERY & MESSENGER SERVICE, INC.
1 (800) 734-5552
(203) 357-9037
WHITE PLAINS, NY
DAILY DELIVERIES: WESTCHESTER, NYC, CONN. NJ.
(914) 948-3649
FAX (914) 946-0994

Driver  *116*

**CHARGES**
Base
Rate
Extra
Items
Tolls
Wait
time

**TOTAL CHARGES:** *50*

RECEIVED IN GOOD ORDER PER RATE CHARGED. M&S ASSUMES A MAXIMUM $100.00 LIABILITY FOR EACH SHIPMENT UNLESS A GREATER VALUE IS DECLARED & ADD'L FEE IS PURCHASED. NOT LIABLE FOR CASH, NEGOTIABLES, & ITEMS OF HIGH VALUE.

$100, unless greater value declared
& add'l fee paid/no cash or negotiable

X ___ *ROBERTA MOORE* ___ X

**** M & S MESSENGER SERVICE ****
WHEN YOU NEED US / WHEN YOU WANT US
billing@ No.Broadway,White Plains,NY
*914-946-9994*                      800-734-5552
914-946-0994

FROM
ADDRESS
ANN,

TO Police Dept
ADDRESS 53 SHONARD pl.
(S. DiMaggio) Yonkers

| ITEM (WT.) | PKGS. | CTNS. | SCHED. | SPEC. | EXCL. | TIE |
|------------|-------|-------|--------|-------|-------|-----|

INSTR.                    INVOICE              ACCT#              FROM / TO

# M & S

**M&S MAIL DELIVERY & MESSENGER SERVICE, INC.**
1 (800) 734-5552
WHITE PLAINS, NY                (203) 357-9037
DAILY DELIVERIES: WESTCHESTER, NYC, CONN. NJ.    (914) 948-3649
FAX (914) 946-0994

Date 11-9    **72729**
Time 12    CHARGES
Driver 116

| | |
|---|---|
| Base | |
| Rate | |
| Extra Items | |
| Tolls | |
| Wait time | |

RECEIVED IN GOOD ORDER PER RATE CHARGED. M&S ASSUMES A MAXIMUM $200.00 LIABILITY FOR EACH SHIPMENT UNLESS A GREATER VALUE IS DECLARED & ADD'L FEE IS PURCHASED. NOT LIABLE FOR CASH, NEGOTIABLES, & ITEMS OF HIGH VALUE.

**TOTAL CHARGES:** 50

---

FROM L+6
ADDRESS
AWN

TO CURD covered
ADDRESS 40 SO Brondy
Yonkers

| ITEM (WT.) | PKGS. | CTNS. | SCHED. | SPEC. | EXCL. | TIE |
|------------|-------|-------|--------|-------|-------|-----|

II. TR.    (PUT RETURN)    INVOICE    ACCT#    FROM / TO

# M & S

**M&S MAIL DELIVERY & MESSENGER SERVICE, INC.**
1 (800) 734-5552
WHITE PLAINS, NY                (203) 357-9037
DAILY DELIVERIES: WESTCHESTER, NYC, CONN. NJ.    (914) 948-3649
FAX (914) 946-0994

Date 11-5    **72715**
Time 9    CHARGES
Driver 116

| | |
|---|---|
| Base | |
| Rate | |
| Extra Items | |
| Tolls | |
| Wait time | |

RECEIVED IN GOOD ORDER PER RATE CHARGED. M&S ASSUMES A MAXIMUM $200.00 LIABILITY FOR EACH SHIPMENT UNLESS A GREATER VALUE IS DECLARED & ADD'L FEE IS PURCHASED. NOT LIABLE FOR CASH, NEGOTIABLES, & ITEMS OF HIGH VALUE.

**TOTAL CHARGES:** 75

---

S.
ADDR.
AN

TO Yonkers PO
ADDRESS 100 SO Brondw
Yonkers

| ITEM (WT.) | PKGS. | CTNS. | SCHED. | SPEC. | EXCL. | TIE |
|------------|-------|-------|--------|-------|-------|-----|

INSTR.    Various -stp-    INVOICE    ACCT#    FROM / TO

# M & S

**M&S MAIL DELIVERY & MESSENGER SERVICE, INC.**
1 (800) 734-5552
WHITE PLAINS, NY                (203) 357-9037
DAILY DELIVERIES: WESTCHESTER, NYC, CONN. NJ.    (914) 948-3649
FAX (914) 946-0994

Date 11-5    **72714**
Time 9
Driver 116

CHARGES
| | |
|---|---|
| Base | |
| Rate | |
| Extra Items | |
| Tolls | |
| Wait time | |

RECEIVED IN GOOD ORDER PER RATE CHARGED. M&S ASSUMES A MAXIMUM $200.00 LIABILITY FOR EACH SHIPMENT UNLESS A GREATER VALUE IS DECLARED & ADD'L FEE IS PURCHASED. NOT LIABLE FOR CASH, NEGOTIABLES, & ITEMS OF HIGH VALUE.

**TOTAL CHARGES:**

FROM ____ TO _Hinthan Profit_ + woo

ADDRESS _ANN_    ADDRESS _50 MANST_    w

ITEM (WT.)  PKGS.  CTNS.  SCHED.  SPEC.  EXCL.  TIE
INSTR.  INVOICE  ACCT#  FROM TO

**M & S**
M&S MAIL DELIVERY & MESSENGER SERVICE, INC.
1 (800) 734-5552
WHITE PLAINS, NY    (203) 357-9037
DAILY DELIVERIES: WESTCHESTER, NYC, CONN. NJ.    (914) 948-3649
FAX (914) 946-0994
_Guardians Announce_

Date 10·19
Time 3:15
Driver 100

**72670**

CHARGES
Base
Rate
Extra
Items
Tolls
Wait time

RECEIVED IN GOOD ORDER PER RATE CHARGED. M&S ASSUMES A MAXIMUM $200.00 LIABILITY FOR EACH SHIPMENT UNLESS A GREATER VALUE IS DECLARED & ADD'L FEE IS PURCHASED. NOT LIABLE FOR CASH, NEGOTIABLES, & ITEMS OF HIGH VALUE.

TOTAL CHARGES: 35

---

FROM _L+G_    TO _Yonkers Dept P Out_

ADDRESS _(ANN)_    ADDRESS _100 So Broadway Yonkers_

ITEM (WT.)  PKGS.  CTNS.  SCHED.  SPEC.  EXCL.  TIE
INSTR. _(PU+RETURN)_  INVOICE  ACCT#  FROM TO

**M & S**
M&S MAIL DELIVERY & MESSENGER SERVICE, INC.
1 (800) 734-5552
WHITE PLAINS, NY    (203) 357-9037
DAILY DELIVERIES: WESTCHESTER, NYC, CONN. NJ.    (914) 948-3649
FAX (914) 946-0994
_Guardian / Yonkers_

Date 11-9
Time 12
Driver 116

**72727**

CHARGES
Base
Rate
Extra
Items
Tolls
Wait time

RECEIVED IN GOOD ORDER PER RATE CHARGED. M&S ASSUMES A MAXIMUM $200.00 LIABILITY FOR EACH SHIPMENT UNLESS A GREATER VALUE IS DECLARED & ADD'L FEE IS PURCHASED. NOT LIABLE FOR CASH, NEGOTIABLES, & ITEMS OF HIGH VALUE.

TOTAL CHARGES: 75

---

FROM _L+G_    TO _Corp Counsel_

ADDRESS _ANN_    ADDRESS _40 So Broadway Yonkers_

ITEM (WT.)  PKGS.  CTNS.  SCHED.  SPEC.  EXCL.  TIE
INSTR. _(PU+RETURN)_  INVOICE  ACCT#  FROM TO

**M & S**
M&S MAIL DELIVERY & MESSENGER SERVICE, INC.
1 (800) 734-5552
WHITE PLAINS, NY    (203) 357-9037
DAILY DELIVERIES: WESTCHESTER, NYC, CONN. NJ.    (914) 948-3649
FAX (914) 946-0994

Date 11-9
Time 12
Driver 116

**72728**

CHARGES
Base
Rate
Extra
Items
Tolls
Wait time

RECEIVED IN GOOD ORDER PER RATE CHARGED. M&S ASSUMES A MAXIMUM $200.00 LIABILITY FOR EACH SHIPMENT UNLESS A GREATER VALUE IS DECLARED & ADD'L FEE IS PURCHASED. NOT LIABLE FOR CASH, NEGOTIABLES, & ITEMS OF HIGH VALUE.

TOTAL CHARGES:

**EXHIBIT 7**

Dropped off: Apr 12, 2007
Payer: Shipper
    Cust. Ref. GUARDIAN NEWS
    Ref. #1:
    Ref. #2:

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 46.46
- Fuel Surcharge - FedEx has applied a fuel surcharge based on a revenue threshold of $ 46.46
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | |
|---|---|---|---|
| USAB | | | |
| Tracking ID | 857688550791 | **Sender** | **Recipient** |
| Service Type | FedEx Priority Overnight | JONATHAN LOVETT | GAIL WILLIAMS |
| Package Type | Customer Packaging | LOVETT & GOULD | UNITED STATES PROCESS SERVICE |
| Zone | 02 | 222 BLOOMINGDALE RD | 7 CENTRAL PARK AVE |
| Packages | 1 | WHITE PLAINS NY 10605-1513 US | YONKERS NY 10705 US |
| lated Weight | 5.0 lbs, 2.3 kgs | | |
| elivered | Apr 13, 2007 09:13 | | |
| vc Area | AA | Transportation Charge | 22.50 |
| gned by | G.WILLIAMS | Earned Discount | -3.15 |
| dEx Use | 010217822/0001486/_ | Fuel Surcharge | 1.94 |
| | | **Total Charge** | **$21.29** |



ent's    Gail Williams

any   United States Process Service Inc.

ss    7 Central Park Avenue

Yonkers    State    NY    ZIP    10705

0337066289

Schedule a pickup at FedEx.com

USD

Does this shipment contain dangerous goods?
One box must be checked.

| No | Yes | Yes | Dry Ice |
|---|---|---|---|

7  Payment  Bill to:
Sender    Recipient    Third Party    Credit Card    Cash/Check

Total Packages    Total Weight    Total Declared Value?

8  NEW Residential Delivery Signature Options

No Signature Required    Direct Signature    Indirect Signature

519

Dropped off: May 18, 2007
Payor: Shipper

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $54.45
- Distance Based Pricing, Zone 2

| USAB | | | |
|---|---|---|---|
| Tracking ID | 857688551055 | | |
| Service Type | FedEx Priority Overnight | | |
| Package Type | FedEx Envelope | | |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | May 17, 2007 10:13 | | |
| Svc Area | A2 | | |
| Signed by | M.AYALA | | |
| FedEx Use | 013610020/0000186/_ | | |

**Sender**
JONATHAN LOVETT
LOVETT & GOULD
222 BLOOMINGDALE RD
WHITE PLAINS NY 10605-1513 US

**Recipient**
RICHARD BLASBERG
THE GUARDIAN NEWS
251 NORTH AVE-2ND FL
NEW ROCHELLE NY 10801 US

| | |
|---|---|
| Transportation Charge | |
| Fuel Surcharge | 14.50 |
| Earned Discount | 1.37 |
| | -2.03 |
| **Total Charge** | |

| | USD |
|---|---|
| | **$13.84** |

Your Internal Billing Reference
124 characters will appear on invoice.

guardian news

**6 Special Handling** Include FedEx address in Section 3.

☐ SATURDAY Delivery
NOT Available for
FedEx Standard Overnight,
FedEx First Overnight, FedEx Express
Saver, or FedEx 2Day Freight.

☐ HOLD Weekday
at FedEx Location
NOT Available for
FedEx First Overnight.

☐ HOLD Saturday
at FedEx Location
Available ONLY for
FedEx Priority Overnight and
FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

☐ No   ☐ Yes   ☐ Yes
As per attached     Shipper's Declaration
Shipper's Declaration.  not required.

☐ Dry Ice
Dry Ice, 9, UN 1845 ___ kg
☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

Recipient's
Name   Richard Blasberg   Phone ( )

Company   The Guardian News

Recipient's
Address   251 North Avenue - 2nd floor   Dept./Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City   New Rochelle   State   NY   ZIP   10801

0337066289

**7 Payment** Bill to:   Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender
Acct. No. in Section
1 will be billed.
☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

FedEx Acct. No.
Credit Card No.   Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | $ | .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this AirBill you agree to the service conditions on the back of this AirBill and in the current FedEx Service Guide, including terms that limit our liability.   FedEx Use Only

**8 NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

☐ No Signature
Required
Package may be left
without obtaining a
signature for delivery.

☐ Direct Signature
Someone at recipient's
address may sign for
delivery. Fee applies.

☐ Indirect Signature
If no one is available at
recipient's address, someone
at a neighboring address may
sign for delivery. Fee applies.

51.9

Rev. Date 11/06•Part #153223-6P1054-2005 FedEx PRINTED IN U.S.A. •SRS

Dropped off: Dec 05, 2007
Payer: Shipper

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 52.72
- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.50% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 2
- 1st attempt Dec 05, 2007 at 09:58 AM.

| | | | |
|---|---|---|---|
| Automation | USAB | | |
| Tracking ID | 857688551868 | **Sender** | |
| Service Type | FedEx Priority Overnight | JONATHAN LOVETT | |
| Package Type | FedEx Envelope | LOVETT & GOULD | |
| Zone | 02 | 222 BLOOMINGDALE RD | |
| Packages | 1 | WHITE PLAINS NY 10605-1513 US | |
| Rated Weight | N/A | | |
| Delivered | Dec 06, 2007 10:50 | Transportation Charge | 14.50 |
| Svc Area | A2 | Residential Delivery | 2.20 |
| Signed by | M.AYALA | Earned Discount | -2.03 |
| FedEx Use | 033913543/0000186/_ | Fuel Surcharge | 2.57 |
| | | **Total Charge** | **$17.24** |

**Recipient**
SAM ZHERKA
THE GUARDIAN NEWS
251 NORTH AVE 2ND FL
NEW ROCHELLE NY 10801 US

USD

cipient's
me          Sam Zherka                          Phone (        )

mpany       The Guardian News

cipient's
dress       251 North Avenue        2nd floor

cannot deliver to P.O. boxes or P.O. ZIP codes.                         Dept./Floor/Suite/Room

dress

           New Rochelle          State  NY     ZIP    10801

                                    0337066289

☐ **SATURDAY Delivery**          ☐ **HOLD Weekday**          ☐ at FedEx Location
   NOT Available for              at FedEx Location
   FedEx Standard Overnight,      NOT Available for
   FedEx First Overnight,         FedEx First Overnight
   FedEx Express                  
   Saver, or FedEx 2Day Freight   
   
**Does this shipment contain dangerous goods?**
                    One box must be checked.
☐ No    ☐ Yes              ☐ Yes              ☐ Dry Ice
        As per attached       Shipper's Declaration   Dry Ice, 9, UN 1845 ____ kg
        Shipper's Declaration.  not required.
Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.        ☐ Cargo Aircraft Only

**7  Payment** *Bill to:*
                              Enter FedEx Acct. No. or Credit Card No. below.
☐ Sender        ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check
  Acct. No. in Section
  1 will be billed.

FedEx Acct No.
Credit Card No.                                                    Exp.
                                                                   Date

Total Packages        Total Weight        Total Declared Value†

                                          $              .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the    FedEx Use Only
service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8  NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

☐ No Signature        ☐ Direct Signature        ☐ Indirect Signature          519
   Required              Anyone at recipient's      If no one is available at
   Package may be left   address may sign for       recipient's address, someone
   without obtaining a   delivery. Fee applies.     at a neighboring address may
   signature for delivery.                          sign for delivery. Fee applies.

Rev. Date 11/05•Part #152273•©1994–2005 FedEx•PRINTED IN U.S.A.•SRS

**Find drop-off locations at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.