UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

THE GUARDIAN NEWS, INC. and
SELIM ZHERKA,

                                                                     07Civ. 7078 (CLB)

                Plaintiffs,

        -against-

                                                                      **NOTICE OF SETTLEMENT**
                                                                      **OF INJUNCTION ORDER**
                                                                         **AND JUDGMENT**

PHILIP AMICONE, *et. al.*

                Defendants.

------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the annexed proposed Injction Order and Judgment, application will be made to the Hon. Charles L. Brieant, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, N.Y. at Courtroom 218, on the 27th day of March 2008, for settlement of the said order and judgment.

Dated: White Plains, N.Y.
          March 19, 2008

                                                    LOVETT & GOULD, LLP
                                                   By:_____
                                                 Jonathan Lovett (4854)
                                                 Attorneys for Plaintiffs
                                                 222 Bloomingdale Road
                                                 White Plains, N.Y. 10605
                                                 914-428-8401