UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GUARDIAN NEWS, INC., and SELIM ZHERKA,<br><br>               Plaintiffs,<br><br>-against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 TO #20, individually, and SANITATION WORKERS #1 to #20,<br><br>               Defendants. | ECF Case<br><br>07 Civ. 7078 (CLB)<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** that DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601 hereby appears as counsel for Defendants in the above-captioned action in substitution, place and stead of Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

Dated: White Plains, New York
       March 21, 2008

THACHER PROFFITT & WOOD LLP

By: _____
    Jonathan D. Forstot
    50 Main Street
    White Plains, New York 10606
    (914) 421-4100

DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP

By: _____
    Kevin J. Plunkett
    One North Lexington Avenue
    White Plains, New York 10601
    (914) 681-0200

So Ordered this 25 day of March, 2008

_____
Hon. Charles L. Brieant
United States District Judge

TO:

*Attorneys for Plaintiffs*

LOVETT & GOULD, LLP
Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401